# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE GRAY, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>IDEAVILLAGE PRODUCTS CORP., D/B/A COPPER FIT, a New Jersey corporation,<br><br>        Defendant. | Case No. 1:23-cv-01233-ENV-PK<br><br>**NOTICE OF SETTLEMENT AND MOTION FOR EXTENSION OF CASE MANAGEMENT DEADLINES**<br><br>[Filed concurrently with Proposed Order] |

  Plaintiff, Stephanie Gray, by and through counsel of record, Laukaitis Law Firm LLC and Siri & Glimstad LLP, hereby files this Notice of Settlement. The Plaintiff and Defendant have reached a resolution in principal to the claims set forth in this action and request time to finalize the settlement paperwork.

  In addition, Plaintiff would respectfully request the Court continue all deadlines associated with the upcoming June 30, 2023 Initial Conference, as the docket reflects a due date of June 23, 2023 for the submission of a proposed Discovery Plan and Defendant's deadline to respond to the Complaint, currently set for June 9, 2023. This Motion is unopposed and is being filed pursuant to Federal Rule of Civil Procedure 6 and Local Rule 7.1(d), as the time for filing the proposed Discovery Plan has not yet expired. As a result of the resolution of this case, Plaintiff respectfully submits that good cause has been shown to permit a continuance in the upcoming Initial Conference and associated deadlines, including the deadline for Defendant to submit a response to the Complaint.

  For the foregoing reasons, Plaintiff, Stephanie Gray, , respectfully requests that this Honorable Court continue *sine die* the Initial Conference and associated deadlines for the submission of a proposed Discovery Plan and Defendant's deadline to file a response to the Complaint.

Dated: June 9, 2023

Respectfully submitted,

By: */s/ Mason Barney*
**SIRI & GLIMSTAD LLP**
Mason Barney (New York Bar No. 4405809)
Kyle McLean
745 Fifth Ave, Suite 500
New York, NY 10151
Telephone: 212-532-1091
Facsimile: 646-417-5967
Email: mbarney@sirillp.com
Email: kmclean@sirillp.com


**LAUKAITIS LAW FIRM LLC**
Kevin Laukaitis
954 Avenida Ponce De Leon Suite 205, #10518
San Juan, PR 00907
Phone: (215) 789-4462
Email: klaukaitis@laukaitislaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 9, 2023, I electronically filed the foregoing NOTICE OF SETTLEMENT AND MOTION FOR EXTENSION OF CASE MANAGEMENT DEADLINES with the United States District Court for the Eastern District of New York by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

Dated: June 9, 2023                               Respectfully submitted,

*/s/ Mason Barney*
Mason Barney, Esq.  (New York Bar No. 4405809)