UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE GRAY, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>IDEAVILLAGE PRODUCTS CORP., D/B/A COPPER FIT, a New Jersey corporation,<br><br>　　　　　　　　　　　Defendant. | Case No. 1:23-cv-01233-ENV-PK<br><br>**STIPULATION OF DISMISSAL** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Stephanie Gray ("**Plaintiff**") and Defendant Ideavillage Products Corp., d/b/a/ Copper Fit ("**Defendant**" and collectively with Plaintiff, "**the Parties**"), through their respective counsel of record, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action shall be, and is, dismissed WITH PREJUDICE as to Plaintiff's individual claims against Defendant. The Parties are to bear their own fees and costs.

Dated: July 19, 2023

Jointly submitted,

/s/ Geoffrey Costello (signed with permission)  
**KELLEY DRYE & WARREN LLP**  
Geoffrey Castello  
One Jefferson Road  
Parsippany, NJ 07054  
Phone: (973) 503-5922  
Email: gcastello@kelleydrye.com  

*Attorney for Defendant*

/s/ Mason Barney  
**SIRI & GLIMSTAD LLP**  
Mason Barney (New York Bar No. 4405809)  
Kyle McLean  
745 Fifth Ave, Suite 500  
New York, NY 10151  
Telephone: 212-532-1091  
Facsimile: 646-417-5967  
Email: mbarney@sirillp.com  
Email: kmclean@sirillp.com  

**LAUKAITIS LAW FIRM LLC**  
Kevin Laukaitis  
954 Avenida Ponce De Leon Suite 205, #10518  
San Juan, PR 00907  
Phone: (215) 789-4462  
Email: klaukaitis@laukaitislaw.com  

*Attorneys for Plaintiff*

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 7/20/2023

/s/ Eric N. Vitaliano
_____
Eric N. Vitaliano
United States District Judge

The Clerk of Court is directed to close this case.

2

## CERTIFICATE OF SERVICE

I hereby certify that, on July 19, 2023, I electronically filed the foregoing STIPULATION OF DISMISSAL with the United States District Court for the Eastern District of New York by using the CM/ECF system, which will send a notice of filing to all counsel of record.

Dated: July 19, 2023                                   Respectfully submitted,

                                                                 */s/ Mason Barney*
                                                                 Mason Barney